## IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

RON L. JOY

    Plaintiff,

vs.

DISCOVER FINANCIAL SERVICES, LLC
    Serve On:
    C T CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION FL 33324 US

and

FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC.
t/a FINANCIAL RECOVERY SERVICES, INC.
    Serve On:
    C T CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION FL 33324 US

    Defendants.

CASE NO.

DIVISION: O

16- 2010 -SC-0 0 1 5 3 4   -XXXX-MA

3:11-CV-1267 -J-32 JBT



### COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Ron L. Joy, by his undersigned attorney hereby sues Discover Financial Services, LLC, (Creditor) and Financial Recovery Services of Minnesota, Inc. t/a Financial Recovery Services, Inc., (Debt Collector), and for his Complaint states as follows:

1. This is an action for damages not in excess of $5,000.00, exclusive of costs, interests and attorney's fees.

2. Plaintiff is a resident of Florida.

3. Creditor is an entity qualified to conduct business in Florida.

4. Debt Collector, which trades using the name Financial Recovery Services, Inc., is an entity qualified to conduct business in Florida.

### COUNT I – Unlawful Collection Practices by Creditor

5. Mr. Joy had an alleged debt to Creditor.

1

6. On February 11, 2010 Mr. Joy, through counsel, advised Creditor that Mr. Joy was represented by counsel with respect to all accounts owned or serviced by Creditor and requested that Creditor cease all direct contact with Mr.Joy. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.[1]

7. The February 11, 2010 communication to Creditor placed Creditor on notice that (a) Mr. Joy was represented by counsel with regard to the alleged debts, and (b) Mr. Joy did not wish to be contacted directly again by Creditor.

8. Creditor, by and through its agent, Debt Collector, willfully communicated with Mr. Joy by means of a letter dated March 24, 2010 (attached hereto as Exhibit B) even though it knew Mr. Joy was represented by counsel.

9. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act, Fl. Stat. § 559.72 (18).

WHEREFORE, Plaintiff, Ron L. Joy, demands judgment against Defendant, Discover Financial Services, LLC, for actual and statutory damages, together with punitive damages, pre- and post- judgment interest, attorney's fees and costs of suit.

## COUNT II – Unlawful Collection Practices by Debt Collector

10. Mr. Joy incorporates the allegations of paragraphs 1 through 9, above.

11. Upon information and belief, Debt Collector, as a matter of policy, practice and procedure, does not inquire of Creditor whether a consumer is represented by an attorney before communicating with that consumer in attempt to collect a debt. Rather, Debt Collector and Creditor, by express or implied agreement, attempt to keep Debt Collector from learning when a consumer is represented in order to maximize illegal collections.

---

[1] The fax sent to Creditor included a notice of representation which stated "PLEASE TAKE NOTICE that Wendell Finner is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns. I authorize and instruct my creditors to disclose such information to Mr. Finner as he may request, and to direct all communications to him as my attorney." The notice was signed by Mr. Joy and contained his social security number to assist recipients in identifying affected accounts. Due to the inclusion of Mr. Joy's social security number, the Notice of Representation is not filed herewith.

12. Debt Collector willfully communicated with Mr. Joy by sending Mr. Joy the March 24, 2010 letter.

13. The communication from Debt Collector to Mr. Joy constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, and the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692c.

WHEREFORE, Plaintiff, Ron L. Joy, demands judgment against Defendant, Financial Recovery Services of Minnesota, Inc. t/a Financial Recovery Services, Inc., for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

## COUNT III – Injunctive Relief

14. Mr. Joy incorporates by reference paragraphs 1 through 13 of this Complaint.

15. Mr. Joy will be irreparably damaged should Creditor and Debt Collector continue their illegal and harassing communications to Mr. Joy.

WHEREFORE, Plaintiff, Ron L. Joy, demands judgment against Defendants, Discover Financial Services, LLC and Financial Recovery Services of Minnesota, Inc. t/a Financial Recovery Services, Inc., permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Mr. Joy or any other person in connection with the alleged debt, and awarding Mr. Joy punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

WENDELL FINNER, Florida Bar No. 0093882
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767
(904) 242-7070
*Attorney for Plaintiff*